UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br><br><br>Franz Moses GOURGUE,<br><br><br><br>           Defendant. | Magistrate Docket No.<br><br><br>COMPLAINT FOR VIOLATION OF:<br>Title 18 U.S.C. § 1382 – Trespass Upon Military Installation (Misdemeanor) |

The undersigned complainant being, duly sworn, states:

On or about December 18, 2025, within the Southern District of California, at Marine Corps Base Camp Pendleton, California, within the jurisdiction of this Court and the special territorial jurisdiction of the United States, defendant Franz Moses Gourgue, did go upon a military installation for a purpose prohibited by law or regulation; in violation of Title 18, United States Code, Section 1382, a misdemeanor.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Lazarus Escobedo
Corporal, U.S. Marine Corps
Camp Pendleton Police Department

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON December 19, 2025.

HON. JILL L. BURKHARDT
United States Magistrate Judge

# PROBABLE CAUSE STATEMENT

I, Military Police Officer Lazarus Escobedo, Corporal, United States Marine Corps, assigned as a Provost Marshal Military Police Officer, declare under penalty of perjury that the following is true and correct:

On December 18, 2025, at approximately 9:50 a.m., Staff Sergeant C. Figorski, United States Marine Corps, Provost Marshal Military Police Officer, who was off duty and working out at Building 210750, 21-Area Gym, aboard Marine Corps Base Camp Pendleton, recognized Franz GOURGUE, an individual known to be debarred from the installation. Marine Corps Base Camp Pendleton is lawfully regulated in accordance with Department of Defense Instruction 5200.08 and Marine Corps Order 5330.14A and is within the Southern District of California.

Staff Sergeant Figorski notified the on-duty Patrol Supervisor, Sergeant J. England, United States Marine Corps, Provost Marshal Military Police Officer, that GOURGUE was present at the 21-Area Gym working out. The Provost Marshal's Office responded to Building 210750, the 21-Area Gym, regarding a debarred individual trespassing aboard MCB Camp Pendleton.

Upon my arrival, I contacted GOURGUE, Franz, who was present inside the gym aboard MCB Camp Pendleton. I informed GOURGUE that he was debarred from MCB Camp Pendleton and that he was currently trespassing on the installation.

GOURGUE acknowledged and stated that he entered MCB Camp Pendleton via bus transportation. According to Marine Corps database records and prior reports, GOURGUE has previously been excluded from Marine Corps Base Camp Pendleton for trespassing on at least two occasions, occurring on February 15, 2025, and March 30, 2025. Additionally, GOURGUE has previously been excluded from Marine Corps Air Station Miramar for trespassing on May 21, 2025.

As a result, GOURGUE was arrested and charged with a violation of Title 18, United States Code, Section 1382, Trespass upon a Military Installation. GOURGUE was subsequently booked into the San Diego Metropolitan Correctional Center.