# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

vs

Franz Moses Gourgue

CASE NUMBER       25-mj-06995-JLB-1

**ABSTRACT OF ORDER**

Booking No.       35836506

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:
Be advised that under date of       1/22/2026

the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

_____ Defendant released on _____ Bond posted.

_____ Defendant appeared in Court.  FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__X__ Case dismissed.

_____ Case dismissed, charges pending in case no.

_____ Defendant to be release to Pretrial Services for electronic monitoring.

_____ Other.

JILL L. BURKHARDT

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by   A. Smith  619-557-6425

Crim-9 (Rev. 09/23)
Original